CARPINTER & BAKER, Respondent, *v.* THE CITY EQUITABLE FIRE INSURANCE COMPANY, LTD., Defendant.  (Action No. 2.)

In the Matter of the Application of H. E. BURGESS, Senior Official Receiver, as Liquidator of THE CITY EQUITABLE FIRE INSURANCE COMPANY, LTD., Appellant, Appearing Specially to Apply to Set Aside the Attempted Service of Warrant of Attachment, Summons and Complaint, Respectively.

In the Matter of the Application of FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, Appellant, Appearing Specially to Apply to Set Aside the Attempted Service of Warrant of Attachment, Summons and Complaint, Respectively.

First Department, November 30, 1923.

See headnote in *Matter of City E. F. Ins. Co., Ltd. (Carpinter & Baker) (ante,* p. 249).

APPEALS by H. E. Burgess, as liquidator, etc., and by Francis R. Stoddard, Jr., as Superintendent of Insurance, etc., from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 19th day of July, 1923, denying their motion to vacate the service of the summons and complaint and a warrant of attachment in the action of Carpinter & Baker against the City Equitable Fire Insurance Company, Ltd.

*Barry, Wainwright, Thacher & Symmers [Herbert Barry* of counsel], for the appellant H. E. Burgess, as liquidator, etc., appearing specially.

*Clarence C. Fowler [Clarence W. Roberts* with him on the brief], for the appellant Superintendent of Insurance, appearing specially.

*Rumsey & Morgan [Louis J. Wolff* of counsel; *David Rumsey* with him on the brief], for the respondent.

FINCH, J.:

For the reasons stated in *Matter of City E. F. Ins. Co., Ltd. (Carpinter & Baker)* (207 App. Div. 249), handed down herewith, the order appealed from should be reversed and the motion granted, without costs.

CLARKE, P. J., DOWLING, McAVOY and MARTIN, JJ., concur.

Order reversed and motion granted, without costs.